FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0533

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0533

_____

RUSS'S BODY & PAINT, INC., a Montana
Corporation; NORTHWEST ENTERPRISES OF
MISSOULA, LLC, a Montana Limited Liability
Company,

      Plaintiffs and Appellants,

   v.                                     O R D E R

MISSOULA URBAN TRANSPORTATION
DISTRICT, d/b/a MOUNTAIN LINE; CITY OF
MISSOULA,

      Defendants and Appellees.

_____

Appellants Russ's Body & Paint, Inc., and Northwest Enterprises of Missoula, LLC, via counsel, have filed a motion for injunction to halt construction of the proposed bus stop while the appeal in this matter is pending. Appellants filed a motion for injunction in the District Court on September 18, 2023, which was denied.

Having reviewed the motion, we deem it appropriate to obtain a summary response.

IT IS ORDERED that Appellees and the Missoula County Judicial District Court, if he so chooses, have until November 13, 2023, to respond to the motion for injunction.

The Clerk is directed to provide immediate notice of this Order to all counsel of record, and the Honorable Jason Marks, presiding.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2023